**No. 50420.**—Protests 114133–K/152, etc., of American Express Co. et al. (Chicago, etc.).

Opinion by COLE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, AUGUST 22, 1945

**No. 50421.**—Protests 18342–K, etc., of Sears, Roebuck & Co. et al. (Boston, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 50422.**—Protests 36954–K, etc., of New York Merchandise Co. et al. (Los Angeles).

Opinion by LAWRENCE, J.   The uncontradicted evidence disclosed that the horns are similar to those the subject of Abstracts 48585, 48907, 49320, and 49673, which records were incorporated herein.   The protests were therefore sustained as claimed.